UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SYDONNA PERSAD,

    Plaintiff,                                             Case No.: 8:12-cv-00529-TGW

vs.

MERCANTILE ADJUSTMENT BUREAU, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

       Plaintiff, by and through undersigned counsel, files this Notice of Settlement, stating that the parties have reached an agreement, in principal, with regard to the above-styled action, and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the appropriate documents will be filed with the Court.

                                                        Respectfully submitted,

                                                        /s/ Joseph B. Battaglia
                                                        Joseph B. Battaglia, Fla. Bar No.: 0058199
                                                        joe@brandonlawyer.com
                                                         THE GOLDEN LAW GROUP
                                                        808 Oakfield Drive, Suite A
                                                        Brandon, Florida  33511
                                                        Telephone: (813) 413-8700
                                                        Fax: (813) 413-8701
                                                        Attorneys for Plaintiff