UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SYDONNA PERSAD,

    Plaintiff,

v.                                             Case No. 8:12-cv-00529

MERCANTILE ADJUSTMENT BUREAU LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, by and through undersigned counsel, and hereby gives notice of voluntarily discontinuing the above-styled action, dismissing the Complaint with prejudice.

                                        Respectfully submitted,

                                        /s/ Joseph B. Battaglia
                                        Joseph B. Battaglia, Fla. Bar No.: 0058199
                                        joe@brandonlawyer.com
                                        THE GOLDEN LAW GROUP
                                        808 Oakfield Drive, Suite A
                                        Brandon, Florida 33511
                                        Telephone: (813) 413-8700
                                        Facsimile: (813) 413-8701
                                        Attorneys for Plaintiff